William D. Hyslop
United States Attorney
Eastern District of Washington
Troy J. Clements
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:19-CR-2044-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of a Mixture or Substance Containing Methamphetamine |
| JONATHAN NAVA, | |
| Defendant. | 21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

On or about December 20, 2018, in the Eastern District of Washington, the Defendant, JONATHAN NAVA, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853 upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as set forth in this Indictment, Defendant, JONATHAN NAVA, shall forfeit to the United States of America, any property

INDICTMENT - 1

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 10th day of September, 2019.

A TRUE BILL

Foreperson

William D. Hyslop
United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Troy J. Clements
Assistant United States Attorney

INDICTMENT - 2