PROB 12C
(6/16)

Report Date: January 7, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2026

SEAN F. MCAVOY, CLERK

ECF No.85

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jonathan Nava | Case Number: 0980 1:19CR02044-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Richland, Washington 99352 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 28, 2023

| | | |
|---|---|---|
| Original Offense: | Distribution Of A Mixture Or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - credit for time served (8 days) TSR - 3 years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: April 28, 2023 |
| Defense Attorney: | To be assigned | Date Supervision Expires: April 27, 2026 |

## PETITIONING THE COURT

To issue a **warrant**.

On May 5, 2023, all the conditions of supervised release were reviewed with Mr. Nava. He signed a copy of his conditions, acknowledging an understanding of all his conditions of supervision, and a signed copy was given to him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Jonathan Nava is considered to be in violation of his conditions of supervision by failing to provide a valid urinalysis by providing a dilute sample, on or about December 31, 2025. |
| | On December 31, 2025, Mr. Nava reported to the probation office for drug testing. United States Probation Officer Jose Valencia observed the urinalysis collection. The specimen sample Mr. Nava provided was very clear, like water. Mr. Nava denied any substance use or tampering with the drug test. This test was packaged and sent to Abbott Laboratory for confirmation. The drug test report was received by the probation office on January 2, 2026, confirming a dilute result for creatinine and specific gravity. |

Prob12C
Re: Nava, Jonathan
January 7, 2026
Page 2

    2    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Nava is considered to be in violation of his conditions of supervision by failing to obey all laws by being arrested for harassment domestic violence (DV), interfere with report of DV, and theft, on or about January 6, 2026.

According to Yakima Police Department Incident Narrative Report number 26Y000529: On January 6, 2026, a Yakima Police Department (YPD) Officer was dispatched to a domestic incident in the city and county of Yakima, Washington. The reporting party, M.G.V., reported she had been trying to get away from Mr. Nava as he had made threats to kill her and he took her cell phone and vehicle keys from her.  Upon arrival, the YPD Officer made contact with the reporting party, M.G.V., who was crying, shaking and visibly upset. M.G.V. reported Mr. Nava, her boyfriend, whom they have children together, threatened to beat her up, break her jaw, and kill her while she was driving him to his lawyer's office. Once she parked the vehicle, Mr. Nava took her cell phone and the vehicle keys to prevent her from leaving or calling 911. Mr. Nava then went into the law office. M.G.V took her baby and ran into a nearby establishment to get away from Mr. Nava and asked the employees of that establishment to call 911 for her.

 M.G.V. reported she truly believed Mr. Nava would harm her and/or her family as Mr. Nava had been physically abusive with her in the past and has made threats to kill her family members after she tried to leave him. However, she had not reported the abuse to police. She further reported Mr. Nava was "spazzing out" recently because he is on supervision and recently had "dirty UA's," and he believed she had called the probation officer so he was blaming her for the possibility of him going back to jail.

Mr. Nava was arrested and booked on that same date, January 6, 2026, into the Yakima County Jail for harassment-DV; interfere with reporting DV; and theft. These charges are pending.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/07/2026

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re: Nava, Jonathan
January 7, 2026
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

1/7/2026
_____
Date