PROB 12C
(6/16)

Report Date: January 12, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 103

Name of Offender: Jonathan Nava                         Case Number: 0980 1:19CR02044-SAB-1

Last Known Address of Offender: ███████████████  Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 28, 2023

| | |
|---|---|
| Original Offense: | Distribution Of A Mixture Or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - credit for time served (8 days) <br> TSR - 3 years |

| | | | |
|---|---|---|---|
| | | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: | April 28, 2023 |
| Defense Attorney: | To be assigned | Date Supervision Expires: | April 27, 2026 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 7, 2026.

On May 5, 2023, all the conditions of supervised release were reviewed with Mr. Nava. He signed a copy of his conditions, acknowledging an understanding of all his conditions of supervision, and a signed copy was given to him.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Jonathan Nava is considered to be in violation of his conditions of supervision by failing to provide a valid urinalysis by providing a dilute sample, on or about January 5, 2026. |
| | On January 5, 2026, Mr. Nava reported to the probation office for drug testing. United States Probation Officer Daniel Manning, observed the urinalysis collection. The specimen sample Mr. Nava provided was neon/lime green in color. This drug test was packaged and sent to Abbott Laboratory for validity confirmation. The probation office later received the drug test report on January 8, 2026, confirming a dilute result for creatinine and specific gravity. |

Prob12C
Re: Nava, Jonathan
January 12, 2026
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/12/2026

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/16/2026

Date